IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

GEORGE I. STAPLEY                                                    PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:04-cv-951 WS

KEVIN CAMP, ET AL.                                              DEFENDANTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and the objection thereto, and this court, having found said objection not well taken and having adopted said Report and Recommendation as the order of the court, hereby orders that the above-styled and numbered cause is dismissed.

**SO ORDERED AND ADJUDGED, this the 31st DAY OF JULY, 2006.**

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE